UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| NICOLE JORGENSON, | \* | CIV 10-4019 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT |
| DR. JOY C. SABINASH-MILLER and WATERTOWN WELLNESS & CHIROPRACTIC CENTER, LLC, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation of Dismissal, Doc. 14, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint and causes of action of the Plaintiff against the Defendants are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 19th day of September, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY